FILED

JUN 27 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY___MLB___DEP CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western _DIVISION_

LUTHER GORDON

v.

STRATEGIC CONNECTION, INC

NO. 5:23-CV-00363-D

COMPLAINT

Plaintiff resides at:

137 JADE ST Smithfield NC 27577

Defendant(s)' name(s) and address(es), if known:

STRATEGIC CONNECTIONS. INC.
3000 Spring Forest Road
Raleigh NC 27616

1

Jurisdiction in this court is based on:

Equal Employment Opportunity Commission Charge NO-1- is 433-2024-00336, The court has subject matter Jurisdiction Pursuant to 28 USC. 1331 and 1341 To Civil Rigths Act 1964, 42 USC 2000e-2 -

THE FACTS ARE - 14-108

The acts complained of in this suit concern:

Luther Gordon law suit complained is Racial Discrimination working with STRTEGIC Konnection Inc, IN The months of July-Decmeber 2023. I was The only person that was discipline on A safety Violation which that i did not cause the crew get kick off The Job site in July. I was The only one take All my Benefits and company Trunk was Take From me and hours reduce to partime.

Emotion Dress caused by STRTEGIC Connection when They took All my Benefits away I did not have any more Health Insurance to support my illness such As Hepatitis B, Prostate cancer, sleep apthey, AND could not make payment to IRS Because STRTEGIC CONNecTion D.D not give me Any work. They know IRS Been garnishing my wages since January 2023. I was only Bing home 295.50 A week lueing on a STing. AND IN ~~October~~ ~~October~~ OcTber ~~2023~~ 2023 1 slipped into A Deep Emotional depression Because I had no INCome comeing for my Bill, Rent, Food, medical expense for my illness. IN October I admit myself to see my Doctee And counseling

2

FOR my conDiction. I WAS FORce to Draw my social security so I can Survive. NOW I AM ON ANti depression medication ANd still going To counseling. IN July, I will Admit myself in A 30-Day Program SO I CAN get myslef BACk together.

loss wage From STRTEGIC CONNECTION I coulA NoT work my Business From All The stress AND Thinking About how They Done me So wronge Very disappoinTing To Be treated This WAy !! / / //

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

LuTheR Gordon is seeking relief FunA For The Folloing issues
1. Racial Discrimination - 100,000
2. Emotional dress - 100,000
3. lost wages - 100,000

Total amount 300, 000

6-27-2024

DATE

*Luther Gorden*

SIGNATURE OF PLAINTIFF

137 JADE ST
SmiThFiled NC 27577

301-537-6541

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3